In the Matter of the Claim of MARION K. GRAHAM, Appellant, against NASSAU & SUFFOLK LIGHTING COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted April 11, 1955; decided April 21, 1955.

Motion for reargument or, in the alternative, to amend the remittitur denied, with $10 costs. [See 308 N. Y. 140.]

In the Matter of GEORGE H. HAKE, Appellant. HAKE MANUFACTURING COMPANY, INC., Respondent.

Argued March 10, 1955; decided April 21, 1955.

*Louis N. Blatt* for appellant.
*Robert Boasberg* for respondent.

Appeal dismissed upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.